IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DEVIN BERNARD ROYAL, #10130 | § | |
| VS. | § | CIVIL ACTION NO. 6:23cv622 |
| GREGG COUNTY, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Devin Bernard Royal, a former pretrial detainee confined in the Gregg County Jail, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 28 U.S.C. § 2241. The petition was referred for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On December 26, 2023, the Court ordered Plaintiff to file an amended petition. (Dkt. #3). Plaintiff was instructed to file his amended petition within 30 days of the Court's Order.

On January 29, 2024, the order to file an amended petition was returned to the Court as undeliverable. The envelope stated: "Return to sender, " "Unable to Forward, " and "Unclaimed." (Dkt. #4).

As of today, Petitioner has not filed an amended petition, nor has he filed a motion for extension of time to file an amended petition. In the Order, Petitioner was warned that the failure to comply with the Order may result in the dismissal of the petition. He has failed to prosecute this case.

The exercise of the power to dismiss a case for failure to prosecute or obey a court order is committed to the sound discretion of the Court and appellate review is confined solely in whether the Court's discretion was abused. *Green v. Forney Eng'g Co.*, 589 F.2d 243 (5th Cir. 1979); *Lopez*

1

*v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541 (5th Cir. 1978). Not only may a district court dismiss for want of prosecution upon motion of a defendant, but it may also, *sua sponte*, dismiss an action whenever necessary to achieve the orderly and expeditious disposition of cases. *Anthony v. Marion Cnty. Gen. Hosp.*, 617 F.2d 1164 (5th Cir. 1980).

### Recommendation

It is therefore recommended that the petition be dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 41(b).

Within fourteen (14) days after receipt of the Magistrate Judge's Report, any party may serve and file written objections to the findings and recommendations contained in the Report.

A party's failure to file written objections to the findings, conclusions, and recommendations contained in this Report within fourteen days after being served with a copy shall bar that party from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 14th day of February, 2024.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE