UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00622

**Devin Benard Royal**,
*Petitioner,*

v.

**Gregg County et al.**,
*Respondents.*

# ORDER

On December 15, 2023, petitioner Devin Benard Royal, proceeding pro se, filed the above-styled and numbered petition for a writ of habeas corpus. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On December 26, 2023, the magistrate judge instructed petitioner to file his claims on a standardized 28 U.S.C. § 2241 habeas corpus form within thirty days of receipt of the order. Doc. 3. Petitioner did not respond.

On February 14, 2024, the magistrate judge entered a report, recommending that petitioner's case be dismissed without prejudice for want of prosecution and failure to obey an order. Doc. 5. The report noted that petitioner had failed to comply with the December 26, 2023 order. No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts the findings and conclusions of the report. Accordingly, the petition is dismissed without prejudice for failure to prosecute and for failure to comply with a court order.

-2-

*So ordered by the court on April 4, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge